```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ADA CEPEDA,

       -and-

MINOR CHILD "N.R.", By and through his mother Paula Cepeda as next friend,

                Plaintiffs,

   -against-

1452 REALTY LLC, PATRICK MANGAN, MICHAEL MANGAN, and MARASH PALUSHAJ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

21 Civ. 381 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for September 1, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 24, 2021
       New York, New York

                                        ANALISA TORRES
                                   United States District Judge